**STATE of Missouri, Respondent,**

v.

**Jawanza BROWN, Appellant.**

**No. WD 71079.**

Missouri Court of Appeals, Western District.

Nov. 9, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 21, 2010.

---

S. Kate Webber, for appellant.

Daniel N. McPherson, for respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, ALOK AHUJA, Judge and KAREN KING MITCHELL, Judge.

### ORDER

PER CURIAM:

Jawanza Brown appeals from his convictions by jury of two counts of Class A felony assault in the first degree, § 565.050, and two counts of armed criminal action, § 571.015. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).